UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS DIAZ,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>STEPHEN SINCLAIR, et al.,<br><br>　　　　　　　Respondents. | Case No. C17-1446-JLR<br><br>**ORDER OF DISMISSAL** |

The Court, after careful consideration of petitioner's proposed habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

1. Petitioner requests this matter be dismissed (Dkt 7).
2. ~~1~~. The Court adopts the Report and Recommendation.
3. ~~2~~. This action is **DISMISSED** without prejudice because it is procedurally barred.
4. ~~3~~. The Clerk shall send a copy of this Order to petitioner and to Judge Tsuchida.

DATED this 13th day of October, 2017.

　　　　　　　　　　　　　　　　　　　/s/ James L. Robart
　　　　　　　　　　　　　　　　　　　James L. Robart
　　　　　　　　　　　　　　　　　　　United States District Judge

**ORDER OF DISMISSAL- 1**